UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DISCOVERORG DATA, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**GUIDA ADVISORY SERVICES, INC.,**<br><br>                    Defendant. | Case No. 1:19-cv-19651-RMB- AMD<br><br>**PLAINTIFF'S NOTICE OF MOTION TO SEAL**<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that on **July 6, 2020**, or as soon thereafter as counsel may be heard, Plaintiff ZoomInfo Technologies LLC f/k/a DiscoverOrg Data, LLC ("DiscoverOrg") shall move for an Order pursuant to Local Civil Rules 5.3(c) and 7.1 to seal:

1. Portions of the Declarations of Philip Watson and Jie Smith, filed in support of Plaintiff's motion for default judgment against Defendant Guida Advisory Services, Inc. ("Guida"), pursuant to Rule 55 of the Federal Rules of Civil Procedure; and

2. Portions of the Memorandum of Law submitted by Plaintiff in support of Plaintiff's motion for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Declaration of Mark A. Saloman, Esq. submitted herewith, as well as all other pleadings, Declarations and memoranda filed in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

                                      **FORD HARRISON LLP**

                                      *s/ Mark A. Saloman*
                                      Mark A. Saloman, Esq.
                                      300 Connell Drive, Suite 4100
                                      Berkeley Heights, NJ 07922
                                      Tel: 973-646-7300
                                      msaloman@fordharrison.com

                                      Darin M. Sands, Esq., *Admitted Pro Hac Vice*
                                      LANE POWELL PC

601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Email: sandsd@lanepowell.com
Attorneys for Plaintiff *DiscoverOrg Data, LLC*